UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CONNIE A. HOUSTON,                          )    No. EDCV 07-790 FFM
                                            )
                    Plaintiff,              )    JUDGMENT
                                            )
        v.                                  )
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of Social Security,            )
                                            )
                    Defendant.              )
_____     )

     In accordance with the Memorandum Decision and Order filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.


DATED: March 19, 2009                        /S/ FREDERICK F. MUMM
                                             FREDERICK F. MUMM
                                            United States Magistrate Judge